## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

BRENT LeBLANC, on behalf
of himself and all others similarly situated,

     Plaintiff,

v.                                               Civ. No. 17-718 KRS/GJF

HALLIBURTON COMPANY,

     Defendant.

## ORDER ENLARGING TIME TO ANSWER

THIS MATTER comes before the Court upon the "Unopposed Motion for Extension of Time" ("Motion") [ECF No. 8] filed by Defendant Halliburton Company. The Court, having reviewed the Motion and noting the concurrence of all parties, finds the Motion to be well-taken and hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant's time to file an Answer or other responsive pleading in response to Plaintiff's Complaint is hereby enlarged to **August 28, 2017**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE