UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

BRENT LeBLANC, on behalf
of himself and all others similarly situated,

    Plaintiff,

v.                                                                              Civ. No. 17-718 KG/GJF

HALLIBURTON COMPANY,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Plaintiffs' "Opposed Motion for Protective Order Regarding Representative Discovery" ("Motion") filed on February 23, 2018. ECF No. 37. Defendant responded on March 9, 2018. ECF No. 39. Plaintiffs replied on March 22, 2018. ECF No. 40. The Court conducted a hearing on the Motion on April 24, 2018.

Based on its review of the parties' briefing, the arguments presented, and for the further reasons stated in open court, the Court **HEREBY ORDERS** the following:

1. Plaintiff's Motion [ECF No. 37] is **GRANTED IN PART AND DENIED IN PART**.

2. Plaintiff's request to limit discovery to a representative sample prior to the certification of a collective is **DENIED WITHOUT PREJUDICE.**

3. Requests for Production 26-106 propounded by Defendant to Plaintiff Keith Briggs are **QUASHED.**

4. Plaintiff Briggs is **ORDERED** to respond to Defendant's seventeen interrogatories and Requests for Production 1-25 no later than **May 15, 2018**.

5. Defendant may depose Plaintiff Brent LeBlanc prior to any decision on the certification of the collective for no more than **seven hours**, and may depose Plaintiff Briggs for no more than **four hours.**

6. Discovery **SHALL BE STAYED** as to all other putative plaintiffs who enter the case between the date of this Order and the decision on Plaintiff's "Motion for Conditional Certification" [ECF No. 27].

    **IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE