IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BRENT LEBLANC, Individually and on Behalf of All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, INC.,<br><br>    *Defendant*. | CIVIL ACTION NO.<br>2:17-cv-718-KG-GJF |

## ORDER GRANTING
## UNOPPOSED MOTION TO EXTEND NOTICE DEADLINE

On this day, the Court considered Defendant's Unopposed Motion to Extend the Notice Deadline ("Motion"). The Court, having considered the Motion, the fact that the Motion is unopposed, and the documents on file with the Court Clerk, finds that good cause exists for the relief requested in the Motion. As a result, the Motion is well taken and should be GRANTED. IT IS, THEREFORE

ORDERED that the Parties shall submit a proposed Notice no later than August 29, 2018 at 5:00 pm.

_____
UNITED STATES DISTRICT JUDGE