IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRENT LEBLANC, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

v.                                    Civ. No. 17-0718 KG/GJF

HALLIBURTON ENERGY SERVICES, INC.,

        Defendant.

**ORDER GRANTING**
**JOINT MOTION TO EXTEND DEADLINE AND TOLL**

On this day, the Court considered the Parties' Joint Motion to Extend the Notice Deadline and Toll Future Opt-in Plaintiffs' Statute of Limitations ("Joint Motion"). The Court, having considered the Joint Motion, and the documents on file with the Court Clerk, finds that good cause exists for the relief requested in the Joint Motion. As a result, the Joint Motion is well taken and should be GRANTED. IT IS, THEREFORE

ORDERED that Plaintiff has until October 26, 2018, to send Notice to the putative class members;

ORDERED that the statute of limitations for any future opt-in plaintiff is tolled for the two-week period from October 12, 2018, to October 26, 2018.

_____
UNITED STATES DISTRICT JUDGE