UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

BRENT LeBLANC, *Individually and on Behalf of All Others Similarly Situated*,

    Plaintiffs,

v.                                                                                    Civ. No. 17-718 GJF/GJF

HALLIBURTON ENERGY SERVICES, INC.,

    Defendant.

### ORDER APPROVING SETTLEMENT AND GRANTING DISMISSAL

Having reviewed the terms of the parties' settlement and having engaged in a thorough discussion with counsel during the status conference on May 18, 2021, *see* ECF 193, the Court hereby finds the parties' settlement to be fair and reasonable in all respects.

**IT IS THEREFORE ORDERED** that the settlement is **APPROVED** this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*