**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

BRENT LeBLANC, *individually and on behalf of all others similarly situated*

    Plaintiffs,

v.                                                                                              Civ. No. 17-718 GJF/GBW

HALIBURTON ENERGY SERVICES, INC.,

    Defendant.

## **FINAL JUDGMENT**

In accordance with Federal Rule of Civil Procedure 58(a), and consistent with the "Order Approving Settlement and Granting Dismissal" [ECF 198], filed on June 17, 2021, this Final Judgment is entered, and the above-captioned case is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED.**

                                          _____
                                          THE HONORABLE GREGORY J. FOURATT
                                          UNITED STATES MAGISTRATE JUDGE
                                          *Presiding by Consent*